**No. 09-10098. Johnnie Gathers, Petitioner v. Willie Eagleton, Warden, et al.**

562 U.S. 843, 131 S. Ct. 76, 178 L. Ed. 2d 51, 2010 U.S. LEXIS 5837.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 542.